**08 CV 00407**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KINGS OCEAN SHIPPING CO. LTD.,

                    Plaintiff,

- against -

OCEAN TRAFFIC CORP.,

                    Defendant.
------------------------------------------------------------------X

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 16, 2008
       New York, NY

The Plaintiff,
KINGS OCEAN SHIPPING CO. LTD.,

By: _____
Charles E. Murphy
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
cem@lenmur.com